UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:     22-cv-3012 (LJL)
-v- :
:     ORDER
:
DEAN SHAH, HENRY CLARKE, JULIUS CSURGO, :
and ANTEVORTA CAPITAL PARTNERS, LTD., :
:
Defendants. :
:
---------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that this case, which was previously filed under seal, be unsealed. Records Management is respectfully directed to upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated: April 14, 2022
       New York, New York

                                       LEWIS J. LIMAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/14/2022