**22CV3012**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
                 Plaintiff,

v.

DEAN SHAH, HENRY CLARKE, JULIUS
CSURGO, AND ANTEVORTA CAPITAL
PARTNERS, LTD.,

                 Defendants.

22-mc- 108

ORDER TO FILE
CIVIL CASE UNDER SEAL

---

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal [temporarily]. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: April 11, 2022

New York, New York

The documents at issue shall be unsealed two weeks from the date of this Order unless, prior to that date, Plaintiff renews the motion (or moves for an extension of this Order) from the District Judge to whom the case is formally assigned.

SO ORDERED:

Jesse M. Furman     U.S.D.J.
Part One