```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SECURITIES AND EXCHANGE COMMISSION,                            :
                                                               :
                                                               :
                      Plaintiff,                               :
                                                               :   22-cv-3012 (LJL)
         -v-                                                   :
                                                               :       ORDER
                                                               :
DEAN SHAH, HENRY CLARKE, JULIUS CSURGO,                        :
and ANTEVORTA CAPITAL PARTNERS, LTD.,                          :
                                                               :
                      Defendant.                               :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022

LEWIS J. LIMAN, United States District Judge:

The Court entered a Temporary Restraining Order, Order to Freeze Assets, and Order to Repatriate Assets on April 12, 2022. Dkt. No. 10. At a Show Cause hearing held yesterday, April 26, 2022, the Court heard arguments from Plaintiff Securities and Exchange Commission ("SEC") why the Order entered on April 12, 2022 should be extended. Without objection, the Court also permitted a person who represented himself to be a foreign lawyer for Defendants Julius Csurgo and Antevorta Capital Partners, Ltd. but who is not admitted to the bar of this Court and who has not made an appearance to inform the Court of the status of Defendants' attempts to retain counsel. That person informed the Court that the Defendants are in the process of obtaining counsel. Having received no opposition to the extension of the Order and after hearing arguments of the SEC, the Court found that there was good cause to extend the Order. Therefore, as the Court stated on the record at the hearing, the Order will be extended until the end of the day on Friday, May 13, 2022.

The Court will hold a hearing on the motion for a preliminary injunction on May 13, 2022 at 3:00 p.m. Opposing papers shall be filed no later than 5:00 p.m. on May 9, 2022 and reply papers shall be filed no later than 1:00 p.m. on May 12, 2022. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101#.

SO ORDERED.

Dated: April 27, 2022                    _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge