THE VOLKOV LAW GROUP P.C.

July 13, 2022

**VIA CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:    **SEC v. Julius Csurgo, et al., No. 1:22-cv-03012-LJL**

Dear Judge Liman:

We represent defendants Julius Csurgo (hereinafter, "Csurgo") and Antevorta Capital Partners, Ltd. (hereinafter, "Antevorta") (collectively, "Defendants") in the instant proceeding. We recently entered our appearance *pro hac vice*, which was granted by the Court on July 12, 2022. Docket Entry 28.

Mr. Csurgo has been charged in a separate criminal case. United States v. Julius Csurgo and Anthony Korculanic, 22 Cr. 190. We intend to file later this week notice of appearance *pro hac vice* in the related criminal case.

Both cases involve conspiracy charges involving multiple co-defendants and entities, and complicated factual and legal allegations.  In light of our recent engagement, we require additional time to become familiar with the cases and consult with Mr. Csurgo about the matters raised in the civil and criminal cases.

Under these circumstances, we respectfully request that the Court grant Mr. Csurgo and Antevorta an additional 120 days from May 11, 2022, the date by which he was to respond to the Complaint, until September 8, 2022, to file an answer in the above-referenced case.

The SEC has no objection to this Motion.

Respectfully submitted,

**2200 Pennsylvania Avenue, NW, Third Floor East, Washington D.C. 20037**
**(240) 505-1992   mvolkov@volkovlaw.com**



THE VOLKOV LAW GROUP P.C.


By:    /s/ MICHAEL VOLKOV


cc: All Counsel of Record (via CM/ECF)

**2200 Pennsylvania Avenue, NW, Third Floor East, Washington D.C. 20037**
**(240) 505-1992   mvolkov@volkovlaw.com**

