THE VOLKOV LAW GROUP P.C.

November 2, 2022

**VIA CM/ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   SEC v. Julius Csurgo, et al., No. 1:22-cv-03012-LJL

Dear Judge Liman:

We represent defendants Julius Csurgo (hereinafter, "Csurgo") and Antevorta Capital Partners, Ltd. (collectively, "Defendants") in the instant proceeding. We write to respectfully request an additional 30 days to respond to the Complaint in this matter from November 7, 2022, the date our response is due. In addition, we respectfully request a 30-day adjournment of the initial pretrial conference currently scheduled for November 21, 2022. The SEC does not oppose either request.

As Your Honor knows, we represent Mr. Csurgo in a parallel criminal case (*U.S. v. Julius Csurgo and Anthony Korculanic*, 22-CR-00190). The prosecutors in the criminal case have informed us that they intend to move for a complete stay of the civil case and have requested that we provide our position on the forthcoming motion. We do not intend to oppose their motion.

In the event that this Court orders a stay, the need for the parties to submit a proposed case management plan and the need for the Court to conduct a pretrial conference will become moot. In Docket Number 35, the Court granted Defendants' request for an extension of time to respond to the Complaint and adjournment of the initial pretrial conference. In the interest of judicial economy, Mr. Csurgo is making his second request for an adjournment of the pretrial conference.

We thank Your Honor for your attention to this matter.

**2200 Pennsylvania Avenue, NW, Third Floor East, Washington D.C. 20037**
**(240) 505-1992   mvolkov@volkovlaw.com**



Respectfully submitted,

THE VOLKOV LAW GROUP P.C.


By:____/s/ MICHAEL VOLKOV_____


cc: All Counsel of Record (via CM/ECF)

