UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>   v.<br><br>DEAN SHAH, HENRY CLARKE, JULIUS CSURGO, AND ANTEVORTA CAPITAL PARTNERS, LTD.,<br><br>                    Defendants. | Civil Action No. 22-CV-3012 (JGLC) |

### PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT DEAN SHAH

Under Fed. R. Civ. P. 41(a)(1)(A), plaintiff Securities and Exchange Commission ("Commission") provides notice of its dismissal, with prejudice, of its claims against Defendant Dean Shah.

The Commission's attempts to serve Shah pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters have been unsuccessful. The Commission recently learned that Shah is deceased: he died on July 20, 2024.

Dated: February 20, 2025

Respectfully Submitted,

/s/ David H. London
David H. London (Mass. Bar No. 638289)*
U.S. Securities and Exchange Commission
33 Arch St., 24th Floor
Boston, MA 02110
617-573-8997 (direct dial)
617-573-4590 (fax)
LondonD@sec.gov

Counsel for Plaintiff
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that, on February 20, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ *David H. London*
David H. London